UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Case No.:  2:22-cv-631-JES-KCD

CHARLES M. HILLEBOLD and
ANGELA HILLEBOLD,

    Defendants.
_____/

## ORDER

This matter was before the Court for oral argument on several discovery motions. (Doc. 66.) For the reasons stated on the record, the Court now ORDERS:

    1.     Defendants' Motion to Compel (Doc. 50) is **GRANTED IN PART AND DENIED IN PART**. The Government is ordered to supplement its answers to Document Requests 3 and 8. The motion is denied in all other respects.

    2.     Defendants' Motion for Protective Order (Doc. 51) is **GRANTED IN PART AND DENIED IN PART**. The Government is prohibited from deposing a statistician without leave of Court. The motion is denied in all other respects.

3. The Government's Motion to Compel (Doc. 57) is **GRANTED IN PART AND DENIED IN PART**. Defendants are directed to supplement their answer to Interrogatory No. 9 as outlined at the hearing. The motion is denied in all other respects.

**ENTERED** in Fort Myers, Florida this May 2, 2023.

*/s/ Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record